



# MEMORANDUM OPINION

No. 04-10-00017-CV

Robert **BOULAY,**
Appellant

v.

**INTOWN SUITES MANAGEMENT, INC.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-04652
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
          Sandee Bryan Marion, Justice
          Phylis J. Speedlin, Justice

Delivered and Filed: April 28, 2010

DISMISSED

The parties have filed an Agreed Joint Motion to Dismiss Appeal, asking us to dismiss the appeal and order costs on appeal taxed against the parties who incurred them. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). Costs on appeal are taxed against the parties who incurred them. *See id*. 42.1(d).

PER CURIAM